## HARDY *v.* SEELYE.

Where a justice of a district court enters judgment for an amount less than that found by him to be due, although through inadvertence, this court cannot give the proper judgment, but can only reverse and allow a new action to be brought.

APPEAL from a judgment of a justice of a district court. The facts are stated in the opinion.

BRADY, J.—The justice announced, on the conclusion of the trial before him, a judgment for the plaintiff for the sum of $35.90, the parties being present; but he inadvertently entered judgment on the process for $13.90. The defendant was notified of this error, and to attend before the justice to have it corrected. He did attend, but refused to consent to the alteration, and the justice declined to make it upon the ground that he had no authority to do it.

We have held that we have no power to give the judgment the justice should have rendered. We can only reverse the judgment, and allow a new action to be brought.

Judgment reversed.